# United States District Court

Central Division for the District of Utah

JESSE FRUHWIRTH,

    Plaintiff,

v.

YVETTE ZAYAS, Salt Lake City Police Officer; TESORO COMPANIES, INC., a Delaware Corporation; TESORO REFINING & MARKETING COMP ANY, LLC., a Delaware Limited Liability Company; and SALT LAKE CITY, a municipal corporation,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:14CV644 DB

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Defendants and against Plaintiff.

| | |
|---|---|
| September 30, 2016 | D. Mark Jones |
| *Date* | *Clerk of Court* |
| | |
| | *(By) Deputy Clerk* |

AO 450 (Rev.5/85) Judgment in a Civil Case